UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NANCY ECHELBARGER,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE LIVING COMMUNITIES OF WA-PP, LLC,<br><br>Defendant. | NO. CV-10-401-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand (Ct. Rec. 51). The motion was heard without oral argument and on an expedited basis. The parties request that the Court remand the above-captioned case to Spokane County Superior Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (Ct. Rec. 51) is **GRANTED**.

2. The parties' Motion to Expedite (Ct. Rec. 53) is **GRANTED**.

3. The above-captioned case is **remanded** to Spokane County Superior Court.

///
///
///
///
///

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel.
3  **DATED** this 14th day of January, 2011.
4
5
6              *s/Robert H. Whaley*
           ROBERT H. WHALEY
7            United States District Judge
8
Q:\CIVIL\2010\Echelbarger\remand3.wpd
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** ~ 2